UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-2126 DWF/FLN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LYNELLEN L. O'DONNELL,<br>Defendant. | ORDER |

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 17 day of April, 2001.

UNITED STATES MAGISTRATE JUDGE

APR 18 2001
DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK