UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-2126 DWF/SRN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | ORDER |
| THOMAS O'DONNELL, Defendant. | ) | |

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 2nd day of ~~June~~ July, 2001.

UNITED STATES MAGISTRATE JUDGE

JUL 2 2001
FILED
RICHARD D. SLETTEN
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS