UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2126 DWF/SRN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | **GARNISHMENT ORDER** |
| THOMAS O'DONNELL, Defendant, | ) | |
| LAKE ELMO BANCSHARES, INC. Garnishee. | ) | |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about March 12, 2002.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court on or about March 14, 2002. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of bank accounts in the amounts of $0.00 in savings and $0.00 in checking.

On or about March 12, 2002, the defendant was personally served with notice of his or her right to a hearing as to this garnishment action. The defendant has not requested such a hearing.

Because Garnishee is not in custody, control or possession of

MAR 2 7 2002
FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

any property owned by defendant, this Writ of Garnishment should be released.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on March 12, 2002, is hereby released.

Dated: March 27, 2002

Susan Richard Nelson

Magistrate Judge
United States District Court