UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2126 DWF/SRN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>THOMAS O'DONNELL,<br>Defendant,<br>MORTGAGE & INVESTMENT CONSULTANTS,<br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee. The garnishee indicates that the defendant is no longer an employee.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on September 22, 2003, is hereby released.

Dated: 10/1/03

Susan Richard Nelson
Magistrate Judge
United States District Court

OCT 01 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK