AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

MAR 15 10 10 AM '04

RECEIVED U.S. MARSHAL ST PAUL MINN.

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

CASE NUMBER: **CV 00-2126 DWF/SRN**

Thomas O'Donnell

0441-0316-0574-F

To: The United States Marshal
and any Authorized United States Officer

MAR 16 10 06 AM '04 US MARSHALS SERVICE MPLS., MN RECEIVED

YOU ARE HEREBY COMMANDED to arrest: Thomas O'Donnell
167 Cimarron Pk.
Lake Elmo, MN 55042

and bring him or her forthwith to the nearest Magistrate Judge for failure to appear for debtors examination.

Ordered by: J. Earl Cudd, United States District Court Magistrate Judge.

March 14, 2004 at St. Paul, MN

Victoria Moralez

(By) Victoria Moralez, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ____________

Date Received: ________________________ Date of Arrest: ________________________

________________________ ________________________

Name and Title of Arresting Officer Signature of Arresting Officer

SCANNED NOV 16 2004 U.S. DISTRICT COURT ST. PAUL

DATE 10/04

RETURNED UNEXECUTED Per Order Dismissing

U.S. MARSHAL

DISTRICT OF MINNESOTA

BY M. Lalumiere

DC Modified 02/20/04